1
2
3
4
5

Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Phone (408) 246-1515
Fax (408) 246-4105

Attorney for Defendant Walter Watts, Jr.

6

7

8

9

10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.  1: 12 CR 00439 AWI - BAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO RESCHEDULE |
| v. ) | STATUS CONFERENCE |
| ) | (Seventh Request) |
| WALTER WATTS, JR., ) | |
| ) | The Hon. Magistrate Judge Barbara A. McAuliffe |
| Defendant. ) | |
| ) | |
| ) | |

11
12
13
14
15
16
17

18      Defendant, Walter Watts, Jr., through his counsel, Alex C. Park, and United States of America,

19   through its counsel, United States Assistant Attorney, Kevin P. Rooney, respectfully request this Court to

20   continue the Status Conference to March 24, 2014.

      WHEREAS, this is the seventh request to continue the status conference date for Defendant

21   Walter Watts, Jr.;

22      WHEREAS, Defendant Walter Watts, Jr. seeks this continuance of the status conference due to

23   the fact that counsel, Alex C. Park, is unavailable on the date of January 13, 2014 due to his ongoing

24   medical treatment and procedures following surgery; Mr. Park's medical condition will require ongoing

25   medical treatment and procedures for the following two months;

26      WHEREAS, Assistant United States Attorney Kevin P. Rooney, stipulates to this continuance of

27   the status conference until March 24, 2014;

28      WHEREAS, Defendant Walter Watts, Jr. hereby waives and excludes the computation of

additional time from August 26, 2013 until the rescheduled Status Conference, March 24, 2014 or

STIPULATION TO CONTINUE STATUS CONFERENCE          Case No. 1: 12 CR 0439 AWI/BAM

1

1 | thereafter, within which this trial must be commenced pursuant to 18 U.S.C. § 3161(h)(B)(iv); and

2 | NOW THEREFORE, the undersigned parties, by and through their counsel of record respectfully

3 | stipulate as follows:

4 | 1.   The current Status Conference will be rescheduled to March 24, 2014.

5 | 2.   The additional time allowed for the later Status Conference is hereby waived and excluded

6 | from time calculation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

7

8 | Respectfully submitted,

9 | January 6, 2014                                              LAW OFFICE OF ALEX C. PARK

10

11 |                                                                    /s/

12 | ALEX C. PARK[1]
Attorney for Defendant Walter Watts, Jr.

13

14 | January 6, 2014                                              UNITED STATES ATTORNEY

15 |                                                                    /s/

16 | KEVIN P. ROONEY
Assistant U.S. Attorney for United States of America

17
18
19
20
21
22
23
24
25
26
27
28

[1] Pursuant to ECF Manual I certify that the content of this document is acceptable to all persons signing hereto.

STIPULATION TO CONTINUE STATUS CONFERENCE             Case No. 1: 12 CR 0439 AWI/BAM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

For good cause shown above,

IT IS SO ORDERED.


Dated:   **January 8, 2014**                         /s/ *Barbara A. McAuliffe*

                                             UNITED STATES MAGISTRATE JUDGE