Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Phone (408) 246-1515
Fax (408) 246-4105

Attorney for Defendant Walter Watts, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.  1: 12 CR 0439 AWI / BAM |
| ) | |
| Plaintiff, ) | NOTICE OF REQUEST TO FILE UNDER SEAL |
| v. ) | (Seventh Request); ORDER |
| ) | |
| WALTER WATTS, JR., ) | The Hon. Magistrate Judge Barbara A. McAuliffe |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

This is a request to file medical records in support of the order to reschedule status conference under seal pursuant to protecting the medical privacy of Mr. Park.

Respectfully submitted,

March 15, 2014                                                        LAW OFFICE OF ALEX C. PARK


                                                                                         /s/
                                                                        ALEX C. PARK
                                                                        Attorney for Defendant Walter Watts, Jr.

1

**ORDER**

For good cause shown above, the records, identified as "Exhibit 1" are ordered sealed for the protection of privacy.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:  **March 17, 2014**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE