Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Phone (408) 246-1515
Fax (408) 246-4105

Attorney for Defendant Walter Watts, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.  1: 12 CR 0439 AWI / BAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO RESCHEDULE |
| v. ) | STATUS CONFERENCE |
| ) | (Ninth Request) |
| WALTER WATTS, JR., ) | |
| ) | The Hon. Magistrate Judge Barbara A. McAuliffe |
| Defendant. ) | |
| ) | |
| ) | |

Defendant, Walter Watts, Jr., through his counsel, Alex C. Park, and United States of America, through its counsel, United States Assistant Attorney, Kevin P. Rooney, respectfully request this Court to continue the Status Conference to August 11, 2014.

WHEREAS, this is the ninth request to continue the status conference date for Defendant Walter Watts, Jr.;

WHEREAS, Defendant Walter Watts, Jr. seeks this continuance of the status conference due to the fact that counsel, Alex C. Park, is scheduled in June for pre-surgery screening testing and procedures in preparation for his July 2, 2014 surgery and will require additional time to prepare for the status conference now scheduled for June 9, 2014.  Attached hereto as Exhibit 1 and filed under seal for privacy concerns, is a true and accurate copy of medical information supporting the reason for the continuance;

WHEREAS, Assistant United States Attorney Kevin P. Rooney, stipulates to this continuance of the status conference until August 11, 2014;

WHEREAS, Defendant Walter Watts, Jr. hereby waives and excludes the computation of additional time from August 26, 2013 until the rescheduled Status Conference, June 9, 2014 or thereafter, within which this trial must be commenced pursuant to 18 U.S.C. § 3161(h)(B)(iv); and

NOW THEREFORE, the undersigned parties, by and through their counsel of record respectfully stipulate as follows:

1. The current Status Conference will be rescheduled to August 11, 2014.
2. The additional time allowed for the later Status Conference is hereby waived and excluded from time calculation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

Respectfully submitted,

June 2, 2014                                    LAW OFFICE OF ALEX C. PARK

                                                /s/ *Alex C. Park*
                                                ALEX C. PARK[1]
                                                Attorney for Defendant Walter Watts, Jr.

June 2, 2014                                    UNITED STATES ATTORNEY

                                                /s/ *Kevin P. Rooney*
                                                KEVIN P. ROONEY
                                                Assistant U.S. Attorney for United States of America

---

[1] Pursuant to ECF Manual I certify that the content of this document is acceptable to all persons signing hereto.

**ORDER**

For good cause shown above,

IT IS SO ORDERED that the 5th Status Conference is continued from June 9, 2014 to August 11, 2014 at 1:00 PM before Judge McAuliffe.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(B)(iv).  Exhibit 1 is filed under seal.

IT IS SO ORDERED.

Dated:   **June 3, 2014**                         /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE