1  Alex C. Park [SBN 197781]
   LAW OFFICES OF ALEX C. PARK
2  4675 Stevens Creek Blvd., Suite 100
   Santa Clara, CA 95051
3  Phone (408) 246-1515
   Fax (408) 246-4105
4
   Attorney for Defendant Walter Watts, Jr.
5

6

7                           UNITED STATES DISTRICT COURT

8                       FOR THE EASTERN DISTRICT OF CALIFORNIA

9                                     FRESNO DIVISION

10

11 | UNITED STATES OF AMERICA           )   Case No.  1: 12 CR 0439 AWI / BAM
                                        )
12 |         Plaintiff,                 )
                                        )   STIPULATION AND ORDER TO RESCHEDULE
13 |    v.                              )   STATUS CONFERENCE
                                        )   (Tenth Request)
14 | WALTER WATTS, JR.,                 )
                                        )   The Hon. Magistrate Judge Barbara A. McAuliffe
15 |         Defendant.                 )
                                        )
16                                      )
                                        )
17 |_____)

18         Defendant, Walter Watts, Jr., through his counsel, Alex C. Park, and United States of America,

19 through its counsel, United States Assistant Attorney, Kevin P. Rooney, respectfully request this Court to

20 continue the Status Conference to September 22, 2014.

21         WHEREAS, this is the tenth request to continue the status conference date for Defendant Walter

22 Watts, Jr.;

23         WHEREAS, Defendant Walter Watts, Jr. seeks this continuance of the status conference due to

24 the facts that counsel Alex C. Park, as this court is aware, is recovering from post surgery effects and

25 recuperation from a July surgery and will require additional time to meet with his client and prepare for

   the status conference now scheduled for August 11, 2014;

26         WHEREAS, Assistant United States Attorney Kevin P. Rooney, stipulates to this continuance of

27 the status conference to be moved to September 22, 2014;

28         WHEREAS, Defendant Walter Watts, Jr. hereby waives and excludes the computation of

additional time from August 26, 2013 until the rescheduled Status Conference, September 22, 2014 or thereafter, within which this trial must be commenced pursuant to 18 U.S.C. § 3161(h)(B)(iv); and

NOW THEREFORE, the undersigned parties, by and through their counsel of record respectfully stipulate as follows:

1. The current Status Conference will be rescheduled to September 22, 2014.
2. The additional time allowed for the later Status Conference is hereby waived and excluded from time calculation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

Respectfully submitted,

July 30, 2014                                              LAW OFFICE OF ALEX C. PARK

                                                           /s/ *Alex C. Park*
                                                           ALEX C. PARK[1]
                                                           Attorney for Defendant Walter Watts, Jr.

July 30, 2014                                              UNITED STATES ATTORNEY

                                                           /s/ *Kevin P. Rooney*
                                                           KEVIN P. ROONEY
                                                           Assistant U.S. Attorney for United States of America

---

[1] Pursuant to ECF Manual I certify that the content of this document is acceptable to all persons signing hereto.

**ORDER**

For good cause shown above,

IT IS SO ORDERED that the 5th Status Conference is continued from August 11, 2014 to September 22, 2014 at 1:00 PM before Judge McAuliffe.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(B)(iv).

IT IS SO ORDERED.

Dated:  **August 4, 2014**            /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE