Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Phone (408) 246-1515
Fax (408) 246-4105

Attorney for Defendant Walter Watts, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                             )<br>         Plaintiff,                    )<br>    v.                                    )<br>                                             )<br>WALTER WATTS, JR.,           )<br>                                             )<br>         Defendant.                 )<br>                                             )<br>                                             ) | Case No. 1: 12 CR 0439 AWI / BAM<br><br>STIPULATION AND ORDER TO RESCHEDULE STATUS CONFERENCE<br>(Eleventh Request)<br><br>The Hon. Magistrate Judge Barbara A. McAuliffe |

     Defendant, Walter Watts, Jr., through his counsel, Alex C. Park, and United States of America, through its counsel, United States Assistant Attorney, Kevin P. Rooney, respectfully request this Court to continue the Status Conference to November 10, 2014.

     WHEREAS, this is the eleventh request to continue the status conference date for Defendant Walter Watts, Jr.;

     WHEREAS, Defendant Walter Watts, Jr. seeks this continuance of the status conference due to the facts that Defendant and counsel have not been able to coordinate meetings and communications due to counsel's medical procedure in July and the continuing follow-up treatment counsel has had over the past month. The follow-up treatment has interfered with Defendant attempting to prepare for the pending status conference. For this same reason counsel will require additional time to meet with his client and prepare for the status conference now scheduled for September 22, 2014. Attached hereto as Exhibit 1 and filed under seal for privacy concerns, is a true and accurate copy of medical information supporting

STIPULATION TO CONTINUE STATUS CONFERENCE         Case No. 1: 12 CR 0439 AWI/BAM

1

the reason for this continuance;

WHEREAS, Assistant United States Attorney Kevin P. Rooney, stipulates to this continuance of the status conference to be moved to November 10, 2014;

WHEREAS, Defendant Walter Watts, Jr. hereby waives and excludes the computation of additional time from August 26, 2013 until the rescheduled Status Conference, November 10, 2014 or thereafter, within which this trial must be commenced pursuant to 18 U.S.C. § 3161(h)(B)(iv); and

NOW THEREFORE, the undersigned parties, by and through their counsel of record respectfully stipulate as follows:

1. The current Status Conference will be rescheduled to November 10, 2014.
2. The additional time allowed for the later Status Conference is hereby waived and excluded from time calculation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

Respectfully submitted,

September 12, 2014					LAW OFFICE OF ALEX C. PARK


						  /s/ *Alex C. Park*
						ALEX C. PARK[1]
						Attorney for Defendant Walter Watts, Jr.


September 12, 2014					UNITED STATES ATTORNEY


						  /s/ *Kevin P. Rooney*
						KEVIN P. ROONEY
						Assistant U.S. Attorney for United States of America

---

[1] Pursuant to ECF Manual I certify that the content of this document is acceptable to all persons signing hereto.

**ORDER**

For good cause shown above, 5th Status Conference is continued from September 22, 2014 to November 10, 2014 at 1:00 PM before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

Counsel requested that medical documents be filed under seal. The Court accepts the representations of counsel as an officer of the Court and denies as unnecessary the request to file Exhibit 1, medical records, under seal.

IT IS SO ORDERED.

Dated: **September 15, 2014**         /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28