1  Alex C. Park [SBN 197781]
   LAW OFFICES OF ALEX C. PARK
2  4675 Stevens Creek Blvd., Suite 100
   Santa Clara, CA 95051
3  Phone (408) 246-1515
   Fax (408) 246-4105
4
   Attorney for Defendant Walter Watts, Jr.
5

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.  1: 12 CR 00439 AWI-BAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO RESCHEDULE |
| v. ) | STATUS CONFERENCE |
| ) | (Twelfth Request) |
| WALTER WATTS, JR., ) | |
| ) | The Hon. Magistrate Judge Barbara A. McAuliffe |
| Defendant. ) | |
| ) | |
| ) | |

  Defendant, Walter Watts, Jr., through his counsel, Alex C. Park, and United States of America, through its counsel, United States Assistant Attorney, Kevin P. Rooney, respectfully request this Court to continue the Status Conference to January 26, 2015.

  WHEREAS, this is the twelfth request to continue the status conference date for Defendant Walter Watts, Jr.;

  WHEREAS, Defendant Walter Watts, Jr. seeks this continuance of the status conference due to the facts that Defendant's counsel has three post operation medical procedures this week and early next week that prevent him from coordinate meetings and communications with Defendant in preparation for the pending status conference and further prevent counsel to travel to the pending court hearing now scheduled for November 10, 2014;

  WHEREAS, Assistant United States Attorney Kevin P. Rooney, stipulates to this continuance of the status conference to be moved to January 26, 2015;

WHEREAS, Defendant Walter Watts, Jr. hereby waives and excludes the computation of additional time from August 26, 2013 until the rescheduled Status Conference, January 26, 2015 or thereafter, within which this trial must be commenced pursuant to 18 U.S.C. § 3161(h)(B)(iv); and

NOW THEREFORE, the undersigned parties, by and through their counsel of record respectfully stipulate as follows:

1. The current Status Conference will be rescheduled to January 26, 2015.
2. The additional time allowed for the later Status Conference is hereby waived and excluded from time calculation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

Respectfully submitted,

November 5, 2014                             LAW OFFICE OF ALEX C. PARK

                                             /s/ *Alex C. Park*
                                             ALEX C. PARK[1]
                                             Attorney for Defendant Walter Watts, Jr.

November 5, 2014                             UNITED STATES ATTORNEY

                                             /s/ *Kevin P. Rooney*
                                             KEVIN P. ROONEY
                                             Assistant U.S. Attorney for United States of America

---

[1] Pursuant to ECF Manual I certify that the content of this document is acceptable to all persons signing hereto.

**ORDER**

For good cause shown above,

IT IS SO ORDERED that the 5th Status Conference is continued from November 10, 2014 to January 26, 2015 at 1:00PM before Judge McAuliffe.   Time is excluded pursuant to 18 U.S.C. § 3161(h)(B)(iv).

Barring good cause, the January 26, 2015 status conference will not be continued, and the court intends to address continuity of counsel.

IT IS SO ORDERED.

Dated:   **November 6, 2014**                    /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE