Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Phone (408) 246-1515
Fax (408) 246-4105

Attorney for Defendant Walter Watts, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.  1: 12 CR 0439 AWI / BAM |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION AND ORDER TO |
| v. ) | RESCHEDULE SENTENCING |
| ) | |
| WALTER WATTS, JR., ) | Date: March 7, 2016 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Honorable Anthony W. Ishii |
| ) | |
| ) | |

　　　　I, Defendant, Walter Watts, Jr., through my counsel, Alex C. Park, and United States of America, through its counsel, United States Assistant Attorney, Kevin P. Rooney, respectfully requests this Court to continue the sentencing hearing to March 7, 2016.

　　　　WHEREAS, this is the second request to continue the sentencing hearing for Defendant Walter Watts, Jr.;

　　　　WHEREAS, the current sentencing date is set for January 19, 2016, at 10:00 a.m.;

　　　　WHEREAS, due to Defense counsel's health, subsequent scheduling conflicts, and pursuant to correspondence between parties, an agreement has been reached by the parties to continue the hearing date for sentencing;

　　　　WHEREAS, Attorney Alex C. Park and Assistant United States Attorney Kevin P. Rooney stipulate to this continuance of the sentencing hearing to be moved to March 7, 2016, at 10:00 a.m.;

　　　　NOW THEREFORE, the undersigned parties, by and through their counsel of record respectfully

1

stipulate as follows:

1. The current sentencing hearing will be rescheduled from January 19, 2016, at 10:00 a.m., to March 7, 2016, at 10:00 a.m.

Respectfully submitted,

January 5, 2016                                         LAW OFFICE OF ALEX C. PARK

                                                                /s/ *Alex C. Park*
                                                                ALEX C. PARK[1]
                                                                Attorney for Defendant Walter Watts, Jr.

January 5, 2016                                         UNITED STATES ATTORNEY

                                                                /s/ *Kevin P. Rooney*
                                                                KEVIN P. ROONEY
                                                                Assistant U.S. Attorney for United States of America

**ORDER**

IT IS SO ORDERED.

Dated:   January 6, 2016                          _____
                                                               SENIOR  DISTRICT  JUDGE

---

[1] Pursuant to ECF Manual I certify that the content of this document is acceptable to all persons signing hereto.