Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Phone (408) 246-1515
Fax (408) 246-4105

Attorney for Defendant Walter Watts, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  1: 12 CR 0439 AWI / BAM |
| | ) | |
| Plaintiff, | ) | AMENDED STIPULATION AND ORDER TO |
| v. | ) | RESCHEDULE SENTENCING |
| | ) | |
| WALTER WATTS, JR., | ) | Date: March 7, 2016 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Honorable Anthony W. Ishii |
| | ) | |
| | ) | |

   I, Defendant, Walter Watts, Jr., through my counsel, Alex C. Park, and United States of America, through its counsel, United States Assistant Attorney, Kevin P. Rooney, respectfully requests this Court to continue the sentencing hearing to June 13, 2016.

   WHEREAS, this is the third request to continue the sentencing hearing for Defendant Walter Watts, Jr.;

   WHEREAS, the current sentencing date is set for March 7, 2016, at 10:00 a.m.;

   WHEREAS, due to Defense counsel's health, subsequent scheduling conflicts, and pursuant to correspondence between parties, an agreement has been reached by the parties to continue the hearing date for sentencing;

   WHEREAS, Attorney Alex C. Park and Assistant United States Attorney Kevin P. Rooney stipulate to this continuance of the sentencing hearing to be moved to June 13, 2016, at 10:00 a.m.;

   NOW THEREFORE, the undersigned parties, by and through their counsel of record respectfully

stipulate as follows:

1. The current sentencing hearing will be rescheduled from March 7, 2016, at 10:00 a.m., to June 13, 2016, at 10:00 a.m.

Respectfully submitted,

February 26, 2016                                LAW OFFICE OF ALEX C. PARK


                                                                 /s/ *Alex C. Park*
                                                           ALEX C. PARK[1]
                                                           Attorney for Defendant Walter Watts, Jr.

February 26, 2016                                UNITED STATES ATTORNEY


                                                                 /s/ *Kevin P. Rooney*
                                                           KEVIN P. ROONEY
                                                           Assistant U.S. Attorney for United States of America


**ORDER**

      For good cause shown above,

IT IS SO ORDERED.

Dated:  February 26, 2016                              _____
                                                            SENIOR DISTRICT JUDGE

---

[1] Pursuant to ECF Manual I certify that the content of this document is acceptable to all persons signing hereto.